ST JOHN THE BAPTIST PARISH DISTRICT ATTORNEY

VERSUS

SHONDRELL LA'SHON PERRILLOUX

NO. 25-K-367

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

September 09, 2025

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

Linda Tran
First Deputy Clerk

**IN RE** SHONDRELL LA'SHON PERRILLOUX

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT, PARISH OF ST JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE NGHANA LEWIS, DIVISION "B", NUMBER 25,171

---

Panel composed of Judges Marc E. Johnson,
Stephen J. Windhorst, and John J. Molaison, Jr.

## WRIT DENIED; MOTION TO STAY DENIED

Relator, Shondrell La'Shon Perrilloux, seeks review of the 40th Judicial District Court's ("40th JDC") July 8, 2025 judgment denying her 3rd Motion to Quash. For the following reasons, Relator's application is denied.

Relator is the manager of A Quality Touch Commercial Builders, LLC, which has a business mailing address in St. Charles Parish. She is domiciled in St John Parish. On or around August 15, 2024, Relator received $5,000 in cash from Mr. Joseph Banks for building materials in exchange for a check for $7,300, post-dated September 17, 2024. The check is written against the account of A Quality Touch Commercial Builders LLC to "Joseph Bank"; the check is signed by Relator. Relator alleges that she issued the check to Mr. Banks at the RaceTrac in Kenner at the intersection of Airline and Williams Blvd, which is in Jefferson Parish. Relator avers that she was in constant contact with Mr. Banks and he was aware that she was awaiting payment from a third party, in order to have the funds needed to clear the check.

Relator alleges that notice of non-payment was sent by the Office of the District Attorney for the Parish od St. John the Baptist on December 10, 2024 by regular mail. On December 19, 2024, Relator filed a letter to advise the District Attorney that she intended to settle her debts with Mr. Banks in January and asked to be relieved of the letter of demand. A warrant for her arrest was issued on February 1, 2025 – she turned herself in a few weeks later. On April 9, 2025, a bill of information was filed against Relator, charging her with issuing worthless checks worth $1500 or more, in violation of La. R.S. 14:71(C). Both the warrant

and the bill of information state that the offense was committed in St. John the Baptist Parish.

In her writ application, Relator urges that the 40th JDC is an improper venue and it does not have jurisdiction, and the matter is civil and not criminal in nature. She also challenges the sufficiency of the State's evidence against her.

First, Relator, appearing *pro se*, failed to include any of the Motions to Quash[1] she filed, in either her original or supplemental writ application, which is required pursuant to Uniform Rules – Courts of Appeal, Rule 4-5(8)[2]. Further, although a claim of improper venue is properly raised in advance of trial via a motion to quash under La. C.Cr.P. art. 615, we cannot tell from the contents of the application whether Relator first raised the issue at the district court. Also, Relator's notice of intent, signed and dated August 14, 2025, was filed with the district court more than thirty days after the district court's May and July rulings denying her motions to quash. *See* Uniform Rules – Courts of Appeal, Rule 4-3, which provides that "the return date shall not exceed 30 days from the date of the ruling at issue."

When considering a motion to quash, the trial court must accept as true the facts contained in the bill of information and the bills of particulars, and determine as a matter of law and from the face of the pleadings whether a crime has been charged; while evidence may be adduced, such may not include a defense on the merits. *State v. Trevino*, 07-870 (La. App. 5 Cir. 5/27/08), 985 So.2d 851, 856-57, *writ denied,* 08-1900 (La. 4/3/09), 6 So.3d 768 (footnotes omitted). In examining the bill included with the writ application, we find that the State's allegations against Relator comprise the elements of a violation of La. R.S. 14:71 Issuing worthless checks.

Finally, Relator's remaining arguments address the merits of the case against her. But, fact-intensive inquiries regarding the sufficiency of the evidence and the merits of the case are not properly raised by a motion to quash; rather, they should be decided on the evidence at trial. *Trevino*, *supra*.

Accordingly, on the showing made, the writ application is denied. Relator's motion to stay is also denied.

Gretna, Louisiana, this 9th day of September, 2025.

**MEJ**
**SJW**
**JJM**

---

[1] According to the July 8, 2025 Order of the district court, Relator has filed multiply . . . but substantively indistinguishable, pleadings".

[2] Also, Relator's notice of intent, signed and dated August 14, 2025, was filed with the district court more than thirty days after the district court's May and July rulings denying her motions to quash. *See* Uniform Rules – Courts of Appeal, Rule 4-3, provides that "the return date shall not exceed 30 days from the date of the ruling at issue."

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/09/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**25-K-367**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED
40th District Court (Clerk)
Honorable Nghana Lewis (DISTRICT JUDGE)
Bridget A. Dinvaut (Respondent)

### MAILED
Shondrell La'Shon Perrilloux  (Relator)
In Proper Person
1118 Main Street
Laplace, LA 70068